UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Crim. no. 3:00CR217(EBB) |
| | : |
| BEN F. ANDREWS, | : |
|       Defendant. | : May 18, 2005 |

**MOTION TO PERMIT LATE FILING OF MEMORANDUM IN SUPPORT OF
MOTION TO PERMIT THE DEFENDANT
TO REMAIN FREE ON BAIL PENDING APPEAL**

The defendant Ben F. Andrews moves to permit the late filing of the accompanying Memorandum in Support of Motion to Permit the Defendant to Remain Free on Bail Pending Appeal.

Respectfully submitted,

JEREMIAH DONOVAN
123 Elm Street--Unit 400
P.O. Box 554
Old Saybrook, CT 06475
(860) 388-3750
FAX 388-3181
Juris no. 305346
Fed.bar.no. CT 03536

**[PROPOSED] ORDER**

The motion set forth above having been duly considered, it is hereby

GRANTED / DENIED

_____
ELLEN BREE BURNS
UNITED STATES DISTRICT JUDGE

2

## **CERTIFICATION**

      This is to certify that on this May 18, 2005 a copy of the above and foregoing was sent first class mail, postage pre-paid, to David Ring and William Nardini, Assistant United States Attorneys, c/o United States Attorney (New Haven), 141 Church Street, New Haven, CT 06508.

                                                                                                                                  _____

                                                                                                               Jeremiah Donovan