UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Crim. no. 3:00CR217(EBB) |
| | : |
| BEN F. ANDREWS, | : |
|       Defendant. | : May 18, 2005 |

**MEMORANDUM IN SUPPORT OF
MOTION TO PERMIT LATE FILING OF MEMORANDUM IN SUPPORT OF
MOTION TO PERMIT THE DEFENDANT
TO REMAIN FREE ON BAIL PENDING APPEAL**

    The defendant Ben F. Andrews has moved to permit the late filing of the accompanying Memorandum in Support of Motion to Permit the Defendant to Remain Free on Bail Pending Appeal. The filing of this memorandum will not unduly delay the proceedings and will allow the Court to consider the issue presented thoroughly and carefully. Opposing counsel does not oppose this request.

                                          Respectfully submitted,

                                          JEREMIAH DONOVAN
                                          123 Elm Street--Unit 400
                                          P.O. Box 554
                                          Old Saybrook, CT 06475
                                          (860) 388-3750
                                          FAX 388-3181
                                          Juris no. 305346
                                          Fed.bar.no. CT 03536

2

## **CERTIFICATION**

This is to certify that on this May 18, 2005 a copy of the above and foregoing was sent first class mail, postage pre-paid, to David Ring and William Nardini, Assistant United States Attorneys, c/o United States Attorney (New Haven), 141 Church Street, New Haven, CT 06508.

                                                 Jeremiah Donovan