Local Criminal Notice of Appeal Form.

**NOTICE OF APPEAL**
**United States District Court**

District of Connecticut

United States
v.
Ben F. Andrews

Docket No.: CRIM NO.
3:00 CR 217 (EBB)
(District Court Judge)

FILED AT NEW HAVEN
May 23, 2005
Kevin F. Rowe, Clerk
B. Rodo

Notice is hereby given that Ben F. Andrews appeals to the United States Court of Appeals for the Second Circuit from the judgment [✓], other [ ] _____ (specify)

entered in this action on May 23, 2005 (date of sentencing) (date)

Offense occurred after November 1, 1987    Yes [✓]    No [ ]

This appeal concerns: Conviction only [✓]    Sentence only [ ]    No [ ]

Date May 23, 2005
TO

Jeremy (signature)
Counsel for Appellant
Jeremiah Donovan
Address
PO Box 554
Old Saybrook, CT 06475
Telephone Number: (860) 388-3750

ADD ADDITIONAL PAGE (IF NECESSARY)

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER    ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [✓] I am ordering a transcript<br>[ ] I am not ordering a transcript<br>Reason<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[ ] Other. Attach explanation | Prepare transcript of    Dates<br>[ ] Prepare proceedings<br>[✓] Trial all trial proceedings numerous<br>[✓] Sentencing May 2, 23, 2005<br>[ ] Post-trial proceedings |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)). ▶
Method of payment    [ ] Funds [ ]    CJA Form 24 [ ]

ATTORNEY'S SIGNATURE    /s/ Jeremy Donovan    DATE May 23, 2005

▶ COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____ (Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A Rev. 10-02