**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

UNITED STATES OF AMERICA

    V                                            CASE NO. 3:00cr217(EBB)

BEN F. ANDREWS

## SECOND AMENDMENT TO JUDGMENT

It is hereby Ordered that the Judgment and Order of Commitment entered by this Court in the above-entitled case on May 25, 2005, be amended in part as follows:

**"The Court departs downward based on defendant's lifetime of service to the African American community."**

In all other respects the Judgment & Order of Commitment entered by this Court on May 25, 2005, as amended by this Court on June 1, 2005, remains the same.

It is So Ordered.

Dated at New Haven, Connecticut this 22nd day of June, 2005.

                                                             _____
                                                             ELLEN BREE BURNS, SENIOR JUDGE
                                                             UNITED STATES DISTRICT COURT