*Index to Record on Appeal*

APPEAL, ATTY, HBF

# U.S. District Court
## District of Connecticut (New Haven)
### CRIMINAL DOCKET FOR CASE #: 3:00-cr-00217-EBB-5

2005 AUG 23 P 1:43

U.S. DISTRICT COURT
NEW HAVEN, CT

Case title: USA v. Triumph Capital, et al          Date Filed: 10/10/2000

| Date Filed | # | Docket Text |
|---|---|---|
| 10/11/2000 | 1 | INDICTMENT returned in Hartford before TPS as to Triumph Capital (1) count(s) 1, 2, 15, 16-18, 20, 21-24, 25, Frederick W. McCarthy (2) count(s) 1, 2, 15, 16-18, 20, 21-24, Charles B. Spadoni (3) count(s) 1, 2, 15, 16-18, 20, 21-24, 25, Lisa A. Thiesfield (4) count(s) 1, 2, 14, 16-18, 19, 21-24, Ben F. Andrews (5) count(s) 1, 2, 3, 4, 5-6, 7, 8-10, 11, 12, 13 Hartford rotation. Warrants to issue. (Sunbury, B.) (Entered: 10/11/2000) |
| 10/11/2000 | | Arrest WARRANTS issued as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews (Sunbury, B.) (Entered: 10/11/2000) |
| 10/12/2000 | | ARREST of Ben F. Andrews (Sunbury, B.) (Entered: 10/12/2000) |
| 10/12/2000 | 6 | Initial presentment held as to Ben F. Andrews Defendant informed of rights. ( TPS) (Sunbury, B.) (Entered: 10/12/2000) |
| 10/12/2000 | | PLEA entered by Ben F. Andrews . Not Guilty: Ben F. Andrews (5) count(s) 1, 2, 3, 4, 5-6, 7, 8-10, 11, 12, 13 Court accepts plea. ( TPS) (Sunbury, B.) (Entered: 10/12/2000) |
| 10/12/2000 | 7 | Appearance for Ben F. Andrews by Attorney Jeremiah Donovan for arraignment purposes only (Sunbury, B.) (Entered: 10/12/2000) |
| 10/13/2000 | 17 | Nonsurety BOND dated 10/12/00 in the Amount of $ 10,000.00 as to Ben F. Andrews (Sunbury, B.) (Entered: 10/16/2000) |
| 10/13/2000 | 18 | ORDER Setting Conditions of Release as to Ben F. Andrews ( Signed by Mag. Judge Thomas P. Smith ). SEE Order for conditions of release (Sunbury, B.) (Entered: 10/16/2000) |
| 10/16/2000 | 20 | SCHEDULING ORDER as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews setting Substantive Motions due by 11/2/00 Government Response due by 11/13/00 Jury Selection tentatively set for 9:00 a.m. on 12/6/00, telephonic pretrial conference is scheduled for 11/21/00 @3:00 p.m. for Triumph Capital, for Frederick W. McCarthy, for Charles B. Spadoni, for Lisa A. Thiesfield, for Ben F. Andrews ( signed by Judge Janet B. Arterton ) (Moore, P.) (Entered: 10/17/2000) |

*30 pages*

| | | |
|---|---|---|
| 10/25/2000 | 23 | MOTION by Ben F. Andrews to Dismiss the indictment, or to Stay Proceedidngs (Jefferson, V.) (Entered: 10/26/2000) |
| 10/25/2000 | 24 | MEMORANDUM by Ben F. Andrews in support of [23-1] motion to Dismiss the indictment, [23-2] motion to Stay Proceedidngs (Jefferson, V.) (Entered: 10/26/2000) |
| 10/25/2000 | 25 | MOTION by Ben F. Andrews in Limine RE: evidentiary prohibitions against admitting evidence (Jefferson, V.) (Entered: 10/26/2000) |
| 10/25/2000 | 26 | MEMORANDUM by Ben F. Andrews in support of [25-1] motion in Limine RE: evidentiary prohibitions against admitting evidence (Jefferson, V.) (Entered: 10/26/2000) |
| 10/25/2000 | 27 | MOTION by Ben F. Andrews to Amend [20-1] Scheduling order (Jefferson, V.) (Entered: 10/26/2000) |
| 10/25/2000 | 28 | MEMORANDUM by Ben F. Andrews in support of [27-1] motion to Amend [20-1] Scheduling order (Jefferson, V.) (Entered: 10/26/2000) |
| 11/13/2000 | 36 | ORDER of Transfer of Case ( signed by Judge Janet B. Arterton ) to Chief Judge Alfred V. Covello (Jefferson, V.) (Entered: 11/13/2000) |
| 11/15/2000 | 37 | ORDER of Transfer of Case ( signed by Chief Judge Alfred V. Covello ) to Judge Dominic J. Squatrito (Sunbury, B.) (Entered: 11/15/2000) |
| 11/17/2000 | 38 | MOTION by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews SEALED MOTION to Seal this Motion and Motion #39 (document filed separate from case file) (Sunbury, B.) (Entered: 11/20/2000) |
| 11/17/2000 | 39 | MOTION by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews SEALED MOTION (document filed separate from case file) (Sunbury, B.) (Entered: 11/20/2000) |
| 12/06/2000 | 44 | MOTION by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews for Speedy Trial Act (Sunbury, B.) (Entered: 12/06/2000) |
| 12/18/2000 | 47 | Protective ORDER as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews granting [39-1] motion SEALED MOTION ( Signed by Judge J. Squatrito ) (Sunbury, B.) (Entered: 12/18/2000) |
| 12/18/2000 | 50 | ORDER Re Exclusion of Time From Speedy Trial Act Calculation as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews, to pursuant to 18:3161(h)(8) Time Excluded from 10/27/00 to 10/2/01 ( Signed by Judge Dominic J. Squatrito ) (Sunbury, B.) (Entered: 12/19/2000) |
| 01/04/2001 | 53 | MOTION by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews SEALED |

| | | |
|---|---|---|
| | | MOTION to Seal this motion, Document #54 and #55 (document filed separate from case file) (Sunbury, B.) (Entered: 01/04/2001) |
| 01/04/2001 | 54 | Sealed document by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews (document filed separate from the case file) (Sunbury, B.) (Entered: 01/04/2001) |
| 01/04/2001 | 55 | Sealed document by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews (document filed separate from the case file) (Sunbury, B.) (Entered: 01/04/2001) |
| 01/09/2001 | 56 | SUPERSEDING INDICTMENT as to Triumph Capital (1) count(s) 1s, 2s, 15s, 16s-17s, 19s, 20s-23s, 24s, Frederick W. McCarthy (2) count(s) 1s, 2s, 15s, 16s-17s, 19s, 20s-23s, Charles B. Spadoni (3) count(s) 1s, 2s, 15s, 16s-17s, 19s, 20s-23s, 24s, Lisa A. Thiesfield (4) count(s) 1s, 2s, 14s, 16s-17s, 18s, 20s-23s, Ben F. Andrews (5) count(s) 1s, 2s, 3s, 4s-6s, 7s, 8s-10s, 11s, 12s, 13s (Sunbury, B.) (Entered: 01/11/2001) |
| 01/12/2001 | | SUMMONS(ES) issued for Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews to appear on 1/23/01 10:00AM before TPS (Sunbury, B.) (Entered: 01/12/2001) |
| 01/23/2001 | 59 | Arraignment held as to Ben F. Andrews ( TPS) (Sunbury, B.) (Entered: 01/23/2001) |
| 01/23/2001 | | PLEA entered by Ben F. Andrews . Not Guilty: Ben F. Andrews (5) count(s) 1s, 2s, 3s, 4s-6s, 7s, 8s-10s, 11s, 12s, 13s Court accepts plea. ( TPS) (Sunbury, B.) (Entered: 01/23/2001) |
| 02/09/2001 | 62 | MOTION by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews SEALED MOTION to Seal this Motion and Motion #63 (document filed separate from case file) (Sunbury, B.) (Entered: 02/12/2001) |
| 02/09/2001 | 63 | In Camera MOTION by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews Requesting Hearing Re Conflict of Interest (Sunbury, B.) Modified on 11/26/2003 (Inferrera, L.). (Entered: 02/12/2001) |
| 02/12/2001 | 64 | MARSHAL'S RETURN of service on summons executed as to Ben F. Andrews on 1/12/01 (Sunbury, B.) (Entered: 02/13/2001) |
| 02/16/2001 | 69 | ORDER of Transfer of Case ( signed by Judge Dominic J. Squatrito ) to Judge Stefan R. Underhill (Sunbury, B.) (Entered: 02/16/2001) |
| 02/16/2001 | | ENDORSEMENT as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews granting [53-1] motion SEALED MOTION to Seal this motion, Document #54 and #55 ( Signed by Judge Dominic J. Squatrito ) (Sunbury, B.) (Entered: 02/16/2001) |

| | | | |
|---|---|---|---|
| 03/29/2001 | | 81 | MOTION by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews to Extend Time to March 27 to respond to defendant's letter dated March 6 and defendant will file his discovery motions regarding computer evidence by April 10 (Krajcik, R.) (Entered: 03/29/2001) |
| 03/30/2001 | | | ENDORSEMENT granting [81-1] motion to Extend Time as to Triumph Capital (1), Frederick W. McCarthy (2), Charles B. Spadoni (3), A. Thiesfield (4), Ben F. Andrews (5) ( Signed by Judge Stefan R. Underhill ) (Krajcik, R.) (Entered: 03/30/2001) |
| 04/09/2001 | | | ENDORSEMENT granting [62-1] motion SEALED MOTION to Seal this Motion Motion #63 as to Triumph Capital (1), Frederick W. McCarthy (2), Charles B. Spadoni (3), Lisa A. Thiesfield (4), Ben F. Andrews (5) ( Signed by Judge Stefan R. Underhill ) (Krajcik, R.) (Entered: 04/09/2001) |
| 04/09/2001 | | | ENDORSEMENT granting [79-1] motion for Leave to File sealed document as to Frederick W. McCarthy (2) ( Signed by Judge Stefan R. Underhill ) (Barrille, J.) (Entered: 04/11/2001) |
| 04/16/2001 | | | ENDORSEMENT granting [94-1] motion to Extend Time to 4/16/01 and 5/14/01 to file motion for discovery & Bill of Particulars regarding Computer Evidence as to Frederick W. McCarthy (2) ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 08/13/2002) |
| 04/24/2001 | | 103 | Status conference held as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews ( SRU) (Barrille, J.) (Entered: 04/27/2001) |
| 04/25/2001 | | 101 | TRANSCRIPT of proceedings held on 4/24/01 as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews ( Court Reporter: Susan E. Catucci) (Barrille, J.) (Entered: 04/25/2001) |
| 04/26/2001 | | 102 | MOTION by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews for Leave to File omnibus discovery response in excess of 40 pages (Barrille, J.) (Entered: 04/27/2001) |
| 04/26/2001 | | 105 | Omnibus Discovery RESPONSE by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews re [92-1] motion to Compel production of documents, [90-1] motion for Disclosure of Jencks Material, [88-1] motion for Disclosure of pre trial witness and exhibit lists, Notice of Rule 404 (b) evidence, expert summaries and scientific reports, [86-1] motion to Preserve notes of law enforcement agents, [84-1] motion for exculpatory information, [82-1] motion for Bill of Particulars (Barrille, J.) (Entered: 05/07/2001) |
| 05/01/2001 | | 104 | ORDER of Transfer of Case ( signed by Judge Stefan R. Underhill ) to Judge Alan H. Nevas (Barrille, J.) (Entered: 05/01/2001) |
| 05/01/2001 | | 107 | LETTER dated 4/30/01 by USA (Barrille, J.) (Entered: 06/26/2001) |

| Date | No. | Description |
|---|---|---|
| 05/15/2001 | | ENDORSEMENT granting [102-1] motion for Leave to File omnibus discovery response in excess of 40 pages as to Triumph Capital (1), Frederick W. McCarthy (2), Charles B. Spadoni (3), Lisa A. Thiesfield (4), Ben F. Andrews (5) ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 05/15/2001) |
| 05/22/2001 | 111 | MOTION by Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews for scheduling order (Boroskey, C.) (Entered: 05/22/2001) |
| 05/22/2001 | 112 | MOTION by Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews for Leave to File affidavits exparte and under seal (Boroskey, C.) (Entered: 05/22/2001) |
| 05/23/2001 | 116 | Proposed Scheduling Order by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews (Barrille, J.) (Entered: 05/25/2001) |
| 05/24/2001 | | ENDORSEMENT granting [112-1] motion for Leave to File affidavits exparte and under seal as to Triumph Capital (1), Frederick W. McCarthy (2), Charles B. Spadoni (3), Lisa A. Thiesfield (4), Ben F. Andrews (5) ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 05/24/2001) |
| 05/24/2001 | 113 | Sealed document by Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews (document filed separate from the case file) (Barrille, J.) (Entered: 05/24/2001) |
| 05/24/2001 | 114 | Sealed document by Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews (document filed separate from the case file) (Barrille, J.) (Entered: 05/24/2001) |
| 05/24/2001 | 120 | Status conference held as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews ( AHN) (Barrille, J.) (Entered: 06/04/2001) |
| 05/29/2001 | 117 | NOTICE of filing ex parte submission #2 by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews (Barrille, J.) (Entered: 05/29/2001) |
| 05/29/2001 | 118 | Sealed document by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews (document filed separate from the case file) (Barrille, J.) (Entered: 05/29/2001) |
| 06/12/2001 | 127 | RESPONSE by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews re [96-1] motion for Discovery concerning the charge of obstruction of justice (Barrille, J.) (Entered: 06/14/2001) |
| 06/18/2001 | 128 | TRANSCRIPT of Discovery Motions held on 6/13/01 as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews ( Court Reporter: Susan E. Catucci) |

| Date | No. | Description |
|---|---|---|
| 07/25/2001 | | ENDORSEMENT granting [148-1] motion for Leave to File sealed document as to Triumph Capital (1), Frederick W. McCarthy (2), Charles B. Spadoni (3), Lisa A. Thiesfield (4), Ben F. Andrews (5) ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 07/25/2001) |
| 07/25/2001 | 149 | Sealed document by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews (document filed separate from the case file) (Barrille, J.) (Entered: 07/25/2001) |
| 07/26/2001 | 150 | MOTION by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews for Protective Order Regarding Access to RCMP SOFTWARE (Krajcik, R.) (Entered: 07/26/2001) |
| 07/26/2001 | 151 | MOTION by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews for Protective Order Regarding CART Examination Policies (Krajcik, R.) (Entered: 07/26/2001) |
| 07/27/2001 | | ENDORSEMENT granting [151-1] motion for Protective Order Regarding CART Examination Policies as to Triumph Capital (1), Frederick McCarthy (2), Charles B. Spadoni (3), Lisa A. Thiesfield (4), Ben F. Andrews (5) ( Signed by Judge Alan H. Nevas ) (Krajcik, R.) (Entered: 07/27/2001) |
| 07/27/2001 | 152 | Protective ORDER Re Document entitled Cart Examination Policies as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews ( Signed by Judge Alan H. Nevas ) (Krajcik, R.) (Entered: 07/27/2001) |
| 07/27/2001 | 153 | Protective ORDER granting [150-1] motion for Protective Order Regarding Access to RCMP SOFTWARE as to Triumph Capital (1), Frederick W. McCarthy (2), Charles B. Spadoni (3), Lisa A. Thiesfield (4), Ben F. Andrews (5) ( Signed by Judge Alan H. Nevas ) (Krajcik, R.) (Entered: 07/27/2001) |
| 07/30/2001 | 157 | Supplemental RULING on Defendants' Motion for Discovery as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 08/01/2001) |
| 07/31/2001 | 158 | Status conference held as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews ( AHN) (Barrille, J.) (Entered: 08/04/2001) |
| 07/31/2001 | 160 | Motion hearing held as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews re: [155-1] motion for Access to OEOCD Submission, [97-1] motion for Bill of Particulars relating to the charge of obstruction of justice ( AHN) (Barrille, J.) (Entered: 08/04/2001) |

| | | |
|---|---|---|
| 09/05/2001 | 179 | Sealed document by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews (document filed separate from the case file) (Barrille, J.) (Entered: 09/05/2001) |
| 09/11/2001 | 180 | MOTION by Securities as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews to intervene , and for Protective Order Regarding non-public investigative files (Barrille, J.) (Entered: 09/11/2001) |
| 09/11/2001 | | ENDORSEMENT granting [180-1] motion to intervene as to Triumph Capital (1), Frederick W. McCarthy (2), Charles B. Spadoni (3), Lisa A. Thiesfield (4), Ben F. Andrews (5), granting [180-2] motion for Protective Order Regarding non-public investigative files as to Triumph Capital (1), Frederick W. McCarthy (2), Charles B. Spadoni (3), Lisa A. Thiesfield (4), Ben F. Andrews (5) ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 09/17/2001) |
| 09/12/2001 | 181 | NOTICE of Ex Parte Submission #5 by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews (Barrille, J.) (Entered: 09/12/2001) |
| 09/12/2001 | 182 | Sealed document by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews (document filed separate from the case file) (Barrille, J.) (Entered: 09/12/2001) |
| 09/13/2001 | 184 | MOTION by Securities as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews for Leave to File sealed document (Barrille, J.) (Entered: 09/17/2001) |
| 09/13/2001 | 185 | Sealed document by Securities as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews (document filed separate from the case file) (Barrille, J.) (Entered: 09/17/2001) |
| 09/14/2001 | 186 | MOTION by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews for statements of defense witnesses (Barrille, J.) (Entered: 09/17/2001) |
| 09/14/2001 | 192 | ORDER granting intervention of U.S. Securities & Exchange Commission as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 09/17/2001) |
| 09/14/2001 | 193 | PROTECTIVE ORDER as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 09/17/2001) |
| 09/14/2001 | 194 | RULING on Ex Parte Submission No. 5 as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 09/17/2001) |

| 10/22/2001 |     | ENDORSEMENT granting [263-1] motion for Leave to File sealed motion as to Triumph Capital (1), Frederick W. McCarthy (2), Charles B. Spadoni (3), Lisa A. Thiesfield (4), Ben F. Andrews (5) ( Signed by Mag. Judge Holly B. Fitzsimmons ) (Barrille, J.) (Entered: 10/22/2001) |
| --- | --- | --- |
| 10/22/2001 | 263 | MOTION by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews to Seal (Barrille, J.) (Entered: 10/22/2001) |
| 10/22/2001 |     | ENDORSEMENT granting [263-1] motion to Seal as to Triumph Capital (1), Frederick W. McCarthy (2), Charles B. Spadoni (3), Lisa A. Thiesfield (4), Ben F. Andrews (5) ( Signed by Mag. Judge Holly B. Fitzsimmons ) (Barrille, J.) (Entered: 10/22/2001) |
| 10/22/2001 | 264 | Sealed document by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews (document filed separate from the case file) (Barrille, J.) (Entered: 10/22/2001) |
| 10/22/2001 | 283 | FINDINGS on Exhibits A and B as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews ( Signed by Mag. Judge Holly B. Fitzsimmons ) (Barrille, J.) (Entered: 10/24/2001) |
| 10/23/2001 | (273) | MOTION by Ben F. Andrews to Sever (Barrille, J.) (Entered: 10/23/2001) |
| 10/23/2001 | (274) | MEMORANDUM by Ben F. Andrews in support of [273-1] motion to Sever (Barrille, J.) (Entered: 10/23/2001) |
| 10/23/2001 | 277 | Sealed document by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews (document filed separate from the case file) (Barrille, J.) (Entered: 10/23/2001) |
| 10/23/2001 | 278 | Sealed document by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews (document filed separate from the case file) (Barrille, J.) (Entered: 10/23/2001) |
| 10/23/2001 | 279 | MOTION by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews to Seal and for an order directing defense counsel to return unredacted copies of notes (Barrille, J.) (Entered: 10/23/2001) |
| 10/23/2001 |     | ENDORSEMENT granting [279-1] motion to Seal and for an order directing defense counsel to return unredacted copies of notes as to Triumph Capital (1), Frederick W. McCarthy (2), Charles B. Spadoni (3), Lisa A. Thiesfield (4), Ben F. Andrews (5) ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 10/23/2001) |
| 10/23/2001 | 280 | Sealed document by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews |

| | | |
|---|---|---|
| | | (document filed separate from the case file) (Barrille, J.) (Entered: 10/23/2001) |
| 10/23/2001 | 282 | RULING - Findings on Exhibits C and D Upholding [236-1] seal document(s) as to Triumph Capital (1), Frederick W. McCarthy (2), Charles B. Spadoni (3) ( Signed by Mag. Judge Holly B. Fitzsimmons ) (Barrille, J.) Modified on 10/24/2001 (Entered: 10/24/2001) |
| 10/25/2001 | 297 | MOTION by Ben F. Andrews to Adopt Motion [290-1] motion to Dismiss Counts One and Two of the Superseding Indictment by Lisa A. Thiesfield, Charles B. Spadoni, Frederick W. McCarthy, Triumph Capital (Krajcik, R.) (Entered: 10/25/2001) |
| 10/29/2001 | | ENDORSEMENT granting [241-1] motion for permission to use cart manuals at evidentiary hearing as to Triumph Capital (1), Frederick W. McCarthy (2), Charles B. Spadoni (3) ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 10/30/2001) |
| 11/02/2001 | 306 | MOTION by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews to Extend Time to 11/16/01 to respond to objection re Magistrate's Findings on Exhibits A and B. (Barrille, J.) (Entered: 11/05/2001) |
| 11/05/2001 | 307 | MOTION by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews for Leave to File Sealed Motion (Barrille, J.) (Entered: 11/06/2001) |
| 11/05/2001 | 308 | MOTION by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews SEALED MOTION (document filed separate from case file) (Barrille, J.) (Entered: 11/06/2001) |
| 11/09/2001 | 317 | MOTION by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews to Extend Time to 11/13/01 to file Proposed Findings of Fact & Conclusions of Law Re Motion to Suppress (Barrille, J.) (Entered: 11/13/2001) |
| 11/13/2001 | 318 | MOTION by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews for Leave to File Proposed Findings of Fact & Conclusions of Law in Excess of 40 pages (Barrille, J.) (Entered: 11/14/2001) |
| 11/13/2001 | 319 | STIPULATION by Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews, USA Correspondence (Barrille, J.) (Entered: 11/14/2001) |
| 11/13/2001 | 484 | PROPOSED Findings of Fact and Conclusions of Law re: [189-1] motion to Suppress Fruits of Illegal Computer Search & Seizure by Charles B. Spadoni, Frederick W. McCarthy, Triumph Capital by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews (Barrille, J.) (Entered: 07/26/2002) |

| | | |
|---|---|---|
| 12/03/2001 | 331 | RESPONSE by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews re [288-1] motion to Sever trial from Defendants Ben Andrews, Triumph Capital Group, Inc. Charles Spadoni and Lisa Thiesfield, [301-1] motion to Sever from Ben F. Andrews, [299-1] motion to Sever from Charles B. Spadoni in Counts 1,2, and 24, [273-1] motion to Sever (Barrille, J.) (Entered: 12/04/2001) |
| 12/03/2001 | 332 | RESPONSE by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews re [292-1] motion to Dismiss Counts 14,15,18, and 19 of the Superseding Indictment (Barrille, J.) (Entered: 12/04/2001) |
| 12/03/2001 | 333 | RESPONSE by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews re [290-1] motion to Dismiss Counts One and Two of the Superseding Indictment (Barrille, J.) (Entered: 12/04/2001) |
| 12/10/2001 | 337 | REPLY by Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews to response to [292-1] motion to Dismiss Counts 14,15,18, and 19 of the Superseding Indictment (Barrille, J.) (Entered: 12/10/2001) |
| 12/11/2001 | | ENDORSEMENT granting [343-1] motion for Leave to File sealed document as to Charles B. Spadoni (3) ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 08/13/2002) |
| 12/13/2001 | 347 | Appearance for USA by Attorney David J. Stander (Barrille, J.) (Entered: 12/20/2001) |
| 12/13/2001 | 348 | Motion hearing held as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews re: [297-1] motion to Adopt Motion [290-1] motion to Dismiss Counts One and Two of the Superseding Indictment by Lisa A. Thiesfield, Charles B. Spadoni, Frederick W. McCarthy, Triumph Capital, [295-1] motion to Dismiss Mail and Wire Fraud counts (16,17,20,23 of Superseding Indictment), [293-1] motion to Dismiss Counts 16 and 17 of ths Superseding Indictment, [292-1] motion to Dismiss Counts 14,15,18, and 19 of the Superseding Indictment, [290-1] motion to Dismiss Counts One and Two of the Superseding Indictment ( AHN) (Barrille, J.) (Entered: 12/20/2001) |
| 12/13/2001 | | Minute entry as to Ben F. Andrews : granting [297-1] motion to Adopt Motion [290-1] motion to Dismiss Counts One and Two of the Superseding Indictment by Lisa A. Thiesfield, Charles B. Spadoni, Frederick W. McCarthy, Triumph Capital as to Ben F. Andrews (5) (Barrille, J.) (Entered: 12/20/2001) |
| 12/13/2001 | | Motion(s) joined by Ben F. Andrews : joinder in [290-1] motion to Dismiss Counts One and Two of the Superseding Indictment (Barrille, J.) (Entered: 12/20/2001) |
| 12/14/2001 | 349 | Marked Court Exhibit List (Barrille, J.) (Entered: 12/20/2001) |

| | | |
|---|---|---|
| 12/18/2001 | 346 | TRANSCRIPT of Motions to Dismiss held on 12/13/01 as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews ( Court Reporter: Diana Pereira, Courthouse Transcription Service, Inc.) (Montz, A.) (Entered: 12/18/2001) |
| 12/19/2001 | | ENDORSEMENT [Doc 23] withdrawn in open court and stated on the record as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews, ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 12/20/2001) |
| 12/20/2001 | 350 | United States' submitted proffer Re: Title 18 U.S.C. 666-Jurisdiction and Federal Nexus as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews re [292-1] motion to Dismiss Counts 14,15,18,19 and of the Superseding Indictment (Krajcik, R.) (Entered: 12/21/2001) |
| 01/03/2002 | | ENDORSEMENT After Review and over objection the Magistrate's ruling and findings are approved, adopted and ratified So Ordered. [283-1] order as to Triumph Capital (1), W. McCarthy (2), Charles B. Spadoni (3), Lisa A. Thiesfield (4), Ben F. Andrews (5) ( Signed by Judge Alan H. Nevas ) (Krajcik, R.) (Entered: 01/03/2002) |
| 01/03/2002 | 352 | MOTION by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews for Leave to File sealed document (Barrille, J.) Modified on 01/07/2002 (Entered: 01/04/2002) |
| 01/03/2002 | 353 | Sealed document by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews (document filed separate from the case file) (Barrille, J.) (Entered: 01/04/2002) |
| 01/03/2002 | 354 | MOTION by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews for Leave to File brief in excess of 40 pages (Barrille, J.) (Entered: 01/04/2002) |
| 01/10/2002 | | ENDORSEMENT granting [354-1] motion for Leave to File brief in excess of 40 pages as to Triumph Capital (1), Frederick W. McCarthy (2), Charles B. Spadoni (3), Lisa A. Thiesfield (4), Ben F. Andrews (5) ( Signed by Judge Alan H. Nevas ) (Krajcik, R.) (Entered: 01/11/2002) |
| 01/25/2002 | 358 | MOTION by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews SEALED MOTION (document filed separate from case file) (Krajcik, R.) (Entered: 01/25/2002) |
| 01/25/2002 | 359 | MOTION by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews SEALED MOTION (document filed separate from case file) (Krajcik, R.) (Entered: 01/25/2002) |
| 01/25/2002 | 360 | Supplemental MOTION by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews |

| | | |
|---|---|---|
| 04/17/2002 | | ENDORSEMENT granting [436-1] motion for Cristina D. Mernandez-Malaby to Withdraw as Attorney (Terminated attorney Cristina D. Hernandez-Malaby as to Frederick W. McCarthy (2) ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 04/18/2002) |
| 04/18/2002 | 438 | RULING denying [364-1] seal document(s) as to Charles B. Spadoni (3), denying [288-1] motion to Sever trial from Defendants Ben Andrews, Triumph Capital Group, Inc. Charles Spadoni and Lisa Thiesfield as to Frederick W. McCarthy (2), denying [301-1] motion to Sever from Ben F. Andrews as to Triumph Capital (1), Frederick W. McCarthy (2), Charles B. Spadoni (3), Lisa A. Thiesfield (4), denying [299-1] motion to Sever from Charles B. Spadoni in Counts 1,2, and 24 as to Triumph Capital (1), denying [273-1] motion to Sever as to Ben F. Andrews (5) ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 04/18/2002) |
| 04/18/2002 | 439 | RULING denying [295-1] motion to Dismiss Mail and Wire Fraud counts (16,17,20,23 of Superseding Indictment) as to Charles B. Spadoni (3), denying [293-1] motion to Dismiss Counts 16 and 17 of ths Superseding Indictment as to Triumph Capital (1), Frederick W. McCarthy (2), Charles B. Spadoni (3), Lisa A. Thiesfield (4), denying [290-1] motion to Dismiss Counts One and Two of the Superseding Indictment as to Triumph Capital (1), Frederick W. McCarthy (2), Charles B. Spadoni (3), Lisa A. Thiesfield (4), Ben F. Andrews (5) ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 04/18/2002) |
| 05/20/2002 | 446 | MOTION by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews for Reconsideration of [0-0] order dated 4/10/02 re: [428-1] motion to Unseal Pleadings (Barrille, J.) (Entered: 05/21/2002) |
| 05/21/2002 | 447 | MOTION by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews for Reconsideration of [0-0] order dated 3/25/02 re: [426-1] motion to Seal transcript of hearing held on 11/29/01 & partially seal transcript of hearing held on 12/13/02 (Barrille, J.) (Entered: 05/21/2002) |
| 06/12/2002 | | Minute entry denying [189-1] motion to Suppress Fruits of Illegal Computer Search & Seizure as to Triumph Capital (1), Frederick W. McCarthy (2), Charles B. Spadoni (3) (Barrille, J.) (Entered: 11/01/2002) |
| 06/14/2002 | 454 | MOTION by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews for Order Disqualification Order (Barrille, J.) (Entered: 06/17/2002) |
| 06/14/2002 | 455 | MOTION by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews to Withdraw [353-1] seal document(s) by plaintiff (Barrille, J.) (Entered: 06/17/2002) |
| 06/18/2002 | 457 | Status conference held as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews; Status |

| | | |
|---|---|---|
| 07/31/2002 | 489 | ORDER of Transfer of Case ( signed by Judge Alan H. Nevas ) to Judge Stefan R. Underhill (Barrille, J.) (Entered: 07/31/2002) |
| 07/31/2002 | | ENDORSEMENT denying [487-1] motion for reconsideration & renewed request for unsealing as to Triumph Capital (1), Frederick W. McCarthy (2), Charles B. Spadoni (3), Lisa A. Thiesfield (4), Ben F. Andrews (5) SEE DOCUMENT #489 ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 07/31/2002) |
| 08/07/2002 | 490 | Status conference held as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews ( SRU) (Gutierrez, Y.) (Entered: 08/08/2002) |
| 08/09/2002 | 491 | RECUSAL ORDER as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews ( Signed by Judge Stefan R. Underhill ) (Barrille, J.) (Entered: 08/12/2002) |
| 08/12/2002 | 492 | ORDER of Transfer of Case ( signed by Judge Stefan R. Underhill ) to Senior Judge Ellen Bree Burns (Barrille, J.) (Entered: 08/12/2002) |
| 08/13/2002 | 493 | TRANSCRIPT of Hearing on Preliminary Issues held on 3/18/02 as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews ( Court Reporter: Cunningham Group Inc) (Barrille, J.) (Entered: 08/13/2002) |
| 08/13/2002 | 494 | TRANSCRIPT of Hearing on Preliminary Issues held on 3/18/02 as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews ( Court Reporter: Cunningham Group Inc) (Barrille, J.) (Entered: 08/13/2002) |
| 08/13/2002 | 495 | TRANSCRIPT of In Chambers Conference held on 7/26/02 as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews ( Court Reporter: Cunningham Group Inc) (Barrille, J.) (Entered: 08/13/2002) |
| 08/13/2002 | 496 | TRANSCRIPT of Status Conference and Oral Argument held on 7/26/02 as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews ( Court Reporter: Cunningham Group Inc) (Barrille, J.) (Entered: 08/13/2002) |
| 08/21/2002 | | ENDORSEMENT as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews granting [497-1] motion for Leave to File Fourth Supplemental Submission for Disqualification under seal as to Triumph Capital (1), Frederick W. McCarthy (2), Charles B. Spadoni (3), Lisa A. Thiesfield (4), Ben F. Andrews (5) ( Signed by Senior Judge Ellen Bree Burns ) (Moore, P.) (Entered: 08/21/2002) |
| 08/21/2002 | | ENDORSEMENT as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews denying as moot [111-1] motion for scheduling order as to Triumph Capital (1), Frederick W. McCarthy (2), Charles B. Spadoni (3), Lisa A. Thiesfield (4), Ben F. Andrews (5) ( Signed by Senior Judge Ellen Bree Burns ) |

| | | |
|---|---|---|
| 09/24/2002 | 503 | TRANSCRIPT of status conference proceedings held on 09/05/02 as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews (Court Reporter: Kristine A. Paradis of Falzarano Court Reporters) (Lopez, B.) (Entered: 09/25/2002) |
| 10/17/2002 | 509 | MOTION by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews for Order of Exclusion Under the Speedy Trial Act. (Jefferson, V.) (Entered: 10/18/2002) |
| 10/23/2002 | 520 | MOTION by Ben F. Andrews to Join [519-1] seal document(s), [505-1] motion SEALED MOTION (Jefferson, V.) (Entered: 10/24/2002) |
| 10/23/2002 | 521 | MEMORANDUM by Ben F. Andrews in support of [520-1] motion to Join [519-1] seal document(s), [505-1] motion SEALED MOTION (Jefferson, V.) (Entered: 10/24/2002) |
| 10/25/2002 | 522 | MOTION by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews for Leave to File Sur-reply (Moore, P.) (Entered: 10/25/2002) |
| 10/28/2002 | | ENDORSEMENT as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews granting [522-1] motion for Leave to File Sur-reply as to Triumph Capital (1), Frederick W. McCarthy (2), Charles B. Spadoni (3), Lisa A. Thiesfield (4), Ben F. Andrews (5) ( Signed by Senior Judge Ellen Bree Burns ) (Jefferson, V.) (Entered: 10/28/2002) |
| 10/30/2002 | 525 | MOTION by Ben F. Andrews for Leave to File Late Motion, Motion to Join (Jefferson, V.) (Entered: 10/30/2002) |
| 10/30/2002 | 527 | MEMORANDUM by Ben F. Andrews in support of [525-1] motion for Leave to File Late Motion, Motion to Join (Jefferson, V.) (Entered: 10/31/2002) |
| 10/31/2002 | | ENDORSEMENT as to Ben F. Andrews granting [525-1] motion for Leave to File Late Motion, Motion to Join as to Ben F. Andrews (5) ( Signed by Senior Judge Ellen Bree Burns ) (Jefferson, V.) (Entered: 10/31/2002) |
| 11/04/2002 | 528 | RULING Denying Motion to Suppress [Doc 189] as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews ( Signed by Judge Alan H. Nevas ) (Barrille, J.) (Entered: 11/05/2002) |
| 11/13/2002 | | ENDORSEMENT as to Ben F. Andrews granting [520-1] motion to Join [519-1] seal document(s), [505-1] motion SEALED MOTION as to Ben F. Andrews (5) ( Signed by Senior Judge Ellen Bree Burns ) (Jefferson, V.) (Entered: 11/13/2002) |
| 11/13/2002 | | Motion(s) joined by Ben F. Andrews : joinder in [517-1] motion to Extend Time, nunc pro tunc, to file #519, joinder in [505-1] motion SEALED MOTION (Jefferson, V.) (Entered: 11/13/2002) |

| | | |
|---|---|---|
| 01/08/2003 | 536 | ORDER as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews. The first trial in this mater scheduled for jury selection 6/10/03, the clerks office will send questionnaires to prospective jurors on 4/10/03. Counsel shall submit proposed questions on or before 3/24/03 and a conference on the submissions will be held on 4/28/03 @ 2:00 p.m. The government and defense counsel are encouraged to collaborate on the submissions with a view to agreement on the final product. ( Signed by Senior Judge Ellen Bree Burns ) (Moore, P.) (Entered: 01/09/2003) |
| 01/09/2003 | | Deadline updated as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews, set Jury Selection for 9:00 a.m. 6/10/03 for Triumph Capital, for Frederick W. McCarthy, for Charles B. Spadoni, for Lisa A. Thiesfield, for Ben F. Andrews (Moore, P.) (Entered: 01/09/2003) |
| 01/23/2003 | 542 | ORDER as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews re: [253-1] Ruling of Judge Nevas on 10/4/01, on Ex Parte Submission of Psychiatric Records be SEALED. ( Signed by Senior Judge Ellen Bree Burns ) (Jefferson, V.) (Entered: 01/27/2003) |
| 02/11/2003 | 544 | TRANSCRIPT of proceedings held on 1/3/03 - Status Conference as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews ( Court Reporter: Irma Sanchez) (Ruocco, M.) (Entered: 02/12/2003) |
| 03/04/2003 | | Deadline updated as to Frederick W. McCarthy, Lisa A. Thiesfield, Ben F. Andrews, reset Jury Selection for 10:00 8/12/03 for Frederick W. McCarthy, for Lisa A. Thiesfield, for Ben F. Andrews (Ruocco, M.) (Entered: 03/04/2003) |
| 03/04/2003 | 546 | Marked Exhibit & Witness List as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews, USA from hearing on 3/4/03 (Ruocco, M.) (Entered: 03/05/2003) |
| 03/04/2003 | 547 | Motion hearing held as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews re: [412-1] motion for Leave to File Supplemental Memorandum re Documents CBO2 and CBO3 (which is construed as a motion to suppress CBO2 & CBO3) (EBB) (Ruocco, M.) (Entered: 03/05/2003) |
| 03/04/2003 | | Minute entry as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews : [412-1] motion for Leave to File Supplemental Memorandum re Documents CBO2 and CBO3 (which is construed as a motion to suppress CBO2 & CBO3) under advisement as to Triumph Capital (1), Frederick W. McCarthy (2), Charles B. Spadoni (3) (Ruocco, M.) (Entered: 03/05/2003) |
| 03/20/2003 | 552 | TRANSCRIPT of proceedings held on 3/4/03 as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews ( Court Reporter: FALZARANO COURT REPORTERS) |