| | | |
|---|---|---|
| | | (Jefferson, V.) (Entered: 03/20/2003) |
| 03/25/2003 | 553 | NOTICE of Filing Proposed Juror Questionnaire by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews (Jefferson, V.) (Entered: 03/26/2003) |
| 04/03/2003 | 557 | LETTER dated 3/31/03 by USA re a witness, a partner in a Law Firm. No conflict from government or defense counsel. (Jefferson, V.) (Entered: 04/04/2003) |
| 05/06/2003 | 563 | Motion hearing held as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews re: [548-1] motion seeking a ruling regarding suppression of individual documents ( EBB) (Ruocco, M.) (Entered: 05/06/2003) |
| 05/06/2003 | | Minute entry as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews : [548-1] motion seeking a ruling regarding suppression of individual documents under advisement as to Charles B. Spadoni (3) (Ruocco, M.) (Entered: 05/06/2003) |
| 05/19/2003 | 570 | SCHEDULING ORDER as to Frederick W. McCarthy, Lisa A. Thiesfield, Ben F. Andrews setting Jury Selection for 10:00 8/12/03 for Frederick W. McCarthy, for Lisa A. Thiesfield, for Ben F. Andrews Jury Trial for 8/13/03 for Frederick W. McCarthy, for Lisa A. Thiesfield, for Ben F. Andrews. Suggested modifications to the questionnaire must be submitted to Court by 6/2/03. Court will hold a status conference on 6/30/03 @ 10:00 to discuss the returned juror questionnaires. All motions in limine due 7/15/03 and responses due 7/28/03. ( signed by Senior Judge Ellen Bree Burns ) (Jefferson, V.) (Entered: 05/19/2003) |
| 05/21/2003 | 573 | Appearance for Public Employees' by Attorney Michael O. Sheehan (Jefferson, V.) (Entered: 05/21/2003) |
| 06/02/2003 | 596 | Appearance for John F. Droney Jr., Levy & Droney, PC by Attorney R. Bartley Halloran. (Moore, P.) (Entered: 06/02/2003) |
| 06/02/2003 | 626 | Appearance for John F. Droney Jr., Levy & Droney, PC by Attorney R. Bartley Halloran (Moore, P.) (Entered: 06/10/2003) |
| 06/05/2003 | 625 | RULING as to Frederick W. McCarthy, Triumph Capital, Charles B. Spadoni, Ben F. Andrews denying [505-1] motion SEALED MOTION as to Frederick W. McCarthy (2), Ben F. Andrews (5) ( Signed by Senior Judge Ellen Bree Burns ) (Ruocco, M.) (Entered: 06/09/2003) |
| 06/06/2003 | 619 | Appearance for Robert Trevisani by Attorney Craig Raabe (Jefferson, V.) (Entered: 06/09/2003) |
| 06/06/2003 | 620 | MOTION by Ben F. Andrews to Dismiss Counts 1 and 2 of Superceding Indictment (Jefferson, V.) (Entered: 06/09/2003) |
| 06/06/2003 | 621 | MEMORANDUM by Ben F. Andrews in support of [620-1] motion to Dismiss Counts 1 and 2 of Superceding Indictment (Jefferson, V.) (Entered: 06/09/2003) |

| | | |
|---|---|---|
| 06/06/2003 | 622 | MOTION by Ben F. Andrews to Dismiss Counts 4-6, 8-10 of the Superceding Indictment (Jefferson, V.) (Entered: 06/09/2003) |
| 06/06/2003 | 623 | MEMORANDUM by Ben F. Andrews in support of [622-1] motion to Dismiss Counts 4-6, 8-10 of the Superceding Indictment (Jefferson, V.) (Entered: 06/09/2003) |
| 06/12/2003 | | ENDORSEMENT as to Ben F. Andrews denying without prejudice to renewal [622-1] motion to Dismiss Counts 4-6, 8-10 of the Superceding Indictment as to Ben F. Andrews (5) ( Signed by Senior Judge Ellen Bree Burns ) (Jefferson, V.) (Entered: 06/13/2003) |
| 06/12/2003 | | ENDORSEMENT as to Ben F. Andrews denying in open court on the record 6/10/03 [620-1] motion to Dismiss Counts 1 and 2 of Superceding Indictment as to Ben F. Andrews (5) ( Signed by Senior Judge Ellen Bree Burns ) (Jefferson, V.) (Entered: 06/13/2003) |
| 06/13/2003 | 637 | MOTION by USA as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews SEALED MOTION (document filed separate from case file) (Moore, P.) (Entered: 06/13/2003) |
| 06/13/2003 | | ENDORSEMENT as to Triumph Capital, Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews granting [637-1] motion SEALED MOTION as to Triumph Capital (1), Frederick W. McCarthy (2), Charles B. Spadoni (3), Lisa A. Thiesfield (4), Ben F. Andrews (5) ( Signed by Senior Judge Ellen Bree Burns ) (Moore, P.) (Entered: 06/13/2003) |
| 06/13/2003 | 638 | SEALED ORDER ( Signed by Senior Judge Ellen Bree Burns ) FILED SEPARATE FROM CASE FILE (Moore, P.) (Entered: 06/13/2003) |
| 06/19/2003 | 646 | SCHEDULING ORDER as to Frederick W. McCarthy, Lisa A. Thiesfield, Ben F. Andrews setting Jury Selection for 10:00 9/9/03 for Frederick W. McCarthy, for Lisa A. Thiesfield, for Ben F. Andrews Jury Trial for 10:00 9/10/03 for Frederick W. McCarthy, for Lisa A. Thiesfield, for Ben F. Andrews. All motions in limine filed by 7/15/03; responses due 7/28/03. Status conference on 8/12/03 @ 10:00. All trial subpoenas generated by defendants shall be issued by 8/15/03. ( signed by Senior Judge Ellen Bree Burns ) (Jefferson, V.) (Entered: 06/19/2003) |
| 06/26/2003 | 667 | SCHEDULING ORDER as to Frederick W. McCarthy, Lisa A. Thiesfield, Ben F. Andrews. Due to scheduling conflict, the status conference that was set for 8/12 is moved to 8/11/03 @ 10:00. All other pretrial scheduling matters remain status quo. ( signed by Senior Judge Ellen Bree Burns ) (Jefferson, V.) (Entered: 06/27/2003) |
| 07/17/2003 | 701 | MOTION by Ben F. Andrews to Sever, with attached Memo in Support (Jefferson, V.) (Entered: 07/17/2003) |
| 07/17/2003 | 707 | Marked Exhibit and Witness List as to USA (Ruocco, M.) (Entered: 07/18/2003) |

| | | |
|---|---|---|
| 07/17/2003 | 708 | Marked Court Exhibit List (Ruocco, M.) (Entered: 07/18/2003) |
| 08/01/2003 | 717 | Appearance for Robert Trevisani by Attorney Eric Neyman (Jefferson, V.) (Entered: 08/01/2003) |
| 08/04/2003 | 719 | MOTION by USA as to Ben F. Andrews to preclude Andrews From Arguing Selective Prosecution Before the Jury (Jefferson, V.) (Entered: 08/04/2003) |
| 08/04/2003 | 720 | RESPONSE by USA as to Ben F. Andrews re [701-1] motion to Sever, with attached Memo in Support (Jefferson, V.) (Entered: 08/04/2003) |
| 09/09/2003 | | Voir dire begun as to Ben F. Andrews (5) count(s) 1s, 2s, 3s, 4s-6s, 7s, 8s-10s, 11s, 12s, 13s (Ruocco, M.) (Entered: 09/09/2003) |
| 09/09/2003 | 730 | Jury selection as to Ben F. Andrews held, trial to start 9/15/03 at 10:00 ( EBB) (Ruocco, M.) (Entered: 09/09/2003) |
| 09/09/2003 | 731 | Marked Court Exhibit List (Ruocco, M.) (Entered: 09/09/2003) |
| 09/09/2003 | 732 | MOTION by Ben F. Andrews for additional inquiry of the venire persons (Moore, P.) (Entered: 09/10/2003) |
| 09/09/2003 | 733 | Sealed document by USA (Notice of filing) as to Ben F. Andrews (document filed separate from the case file) (Jefferson, V.) (Entered: 09/10/2003) |
| 09/09/2003 | 734 | MOTION by USA as to Ben F. Andrews to Seal this Motion and docket #s 733, 735, 736 and 737 (Jefferson, V.) Modified on 09/10/2003 (Entered: 09/10/2003) |
| 09/09/2003 | | ENDORSEMENT as to Ben F. Andrews granting [734-1] motion to Seal this Motion and docket #s 733, 735, 736 as to Ben F. Andrews (5) ( Signed by Senior Judge Ellen Bree Burns ) (Jefferson, V.) (Entered: 09/10/2003) |
| 09/09/2003 | 735 | Sealed document (Order to Seal) by USA as to Ben F. Andrews (document filed separate from the case file) (Jefferson, V.) (Entered: 09/10/2003) |
| 09/09/2003 | 736 | MOTION by USA (Application for Order to Disclose) as to Ben F. Andrews SEALED MOTION (document filed separate from case file) (Jefferson, V.) (Entered: 09/10/2003) |
| 09/09/2003 | | ENDORSEMENT as to Ben F. Andrews granting [736-1] motion SEALED MOTION as to Ben F. Andrews (5) ( Signed by Senior Judge Ellen Bree Burns ) (Jefferson, V.) (Entered: 09/10/2003) |
| 09/09/2003 | 737 | Sealed document by USA as to Ben F. Andrews (document filed separate from the case file) (Jefferson, V.) (Entered: 09/10/2003) |
| 09/09/2003 | | MOTION in open court by Ben F. Andrews to dismiss jury (Ruocco, M.) (Entered: 09/10/2003) |

| Date | Doc # | Entry |
|---|---|---|
| 09/09/2003 | | Minute entry as to Ben F. Andrews : oral motion to dismiss jury under advisement as to Ben F. Andrews (5) (Ruocco, M.) (Entered: 09/10/2003) |
| 09/10/2003 | 738 | MEMORANDUM by Ben F. Andrews in support of oral motion to dismiss jury (Ruocco, M.) (Entered: 09/10/2003) |
| 09/11/2003 | | ENDORSEMENT as to Ben F. Andrews granting [719-1] motion to preclude Andrews From Arguing Selective Prosecution Before the Jury as to Ben F. Andrews (5) ( Signed by Senior Judge Ellen Bree Burns ) (Jefferson, V.) (Entered: 09/11/2003) |
| 09/11/2003 | | ENDORSEMENT as to Ben F. Andrews denying as moot, [701-1] motion to Sever, with attached Memo in Support as to Ben F. Andrews (5) ( Signed by Senior Judge Ellen Bree Burns ) (Jefferson, V.) (Entered: 09/11/2003) |
| 09/11/2003 | 739 | RESPONSE by USA as to Ben F. Andrews re [0-0] oral motion to dismiss jury (Jefferson, V.) (Entered: 09/12/2003) |
| 09/12/2003 | 741 | ORDER as to Ben F. Andrews dismissing jury empanelled on 9/9/03 and mooting oral motion to dismiss jury as to Ben F. Andrews (5), reset Jury Selection for 10:00 10/1/03 for Ben F. Andrews ( Signed by Senior Judge Ellen Bree Burns ) (Ruocco, M.) (Entered: 09/15/2003) |
| 09/12/2003 | 742 | REPLY by Ben F. Andrews to response to oral motion to dismiss jury (Ruocco, M.) (Entered: 09/15/2003) |
| 09/12/2003 | 743 | ORDER as to Ben F. Andrews. Clerk is directed to dismiss the jury empanelled on 9/9/03. Jury selection set for 10/1/03. ( Signed by Senior Judge Ellen Bree Burns ) (Moore, P.) (Entered: 09/15/2003) |
| 09/12/2003 | | Deadline updated as to Ben F. Andrews, reset Jury Selection for 10:00 a.m. on 10/1/03 for Ben F. Andrews (Moore, P.) (Entered: 09/15/2003) |
| 09/19/2003 | 747 | MOTION by USA as to Ben F. Andrews in Limine RE: References to Equally Unavailable Witnesses (Jefferson, V.) (Entered: 09/22/2003) |
| 09/19/2003 | 748 | TRIAL Memorandum re: The Admissibility of Timeline by USA as to Ben F. Andrews (Jefferson, V.) (Entered: 09/23/2003) |
| 09/19/2003 | 749 | TRIAL Memorandum re: The Need for a "Geaney Ruling" by USA as to Ben F. Andrews (Jefferson, V.) (Entered: 09/23/2003) |
| 09/19/2003 | 750 | PROPOSED Voir Dire Questions by USA as to Ben F. Andrews (Jefferson, V.) (Entered: 09/23/2003) |
| 09/19/2003 | 751 | PROPOSED Jury Instructions by USA as to Ben F. Andrews (Jefferson, V.) (Entered: 09/23/2003) |
| 09/22/2003 | 752 | RESPONSE by Ben F. Andrews to [719-1] motion to preclude Andrews From Arguing Selective Prosecution Before the Jury (Jefferson, V.) (Entered: 09/23/2003) |

| | | |
|---|---|---|
| 09/22/2003 | 753 | PROPOSED Voir Dire Questions by Ben F. Andrews (Jefferson, V.) (Entered: 09/23/2003) |
| 09/26/2003 | 755 | MOTION by Ben F. Andrews in Limine RE: requiring the government to provide notice that it is about to offer other misconduct evidence shortly before offering it (Jefferson, V.) (Entered: 09/26/2003) |
| 10/01/2003 | | Voir dire begun as to Ben F. Andrews (5) count(s) 1s, 2s, 3s, 4s-6s, 7s, 8s-10s, 11s, 12s, 13s (Ruocco, M.) (Entered: 10/01/2003) |
| 10/01/2003 | 756 | Jury selection as to Ben F. Andrews held; jury trial to start 10:00 10/14/03 ( EBB) (Ruocco, M.) (Entered: 10/01/2003) |
| 10/10/2003 | 758 | MOTION by USA as to Ben F. Andrews to Dismiss Counts one and two (Jefferson, V.) (Entered: 10/10/2003) |
| 10/10/2003 | 759 | Memorandum re: Inconsistent Grand Jury Testimony by USA as to Ben F. Andrews (Jefferson, V.) (Entered: 10/10/2003) |
| 10/10/2003 | 760 | TRIAL Memorandum re: Impeachment by USA as to Ben F. Andrews (Jefferson, V.) (Entered: 10/10/2003) |
| 10/14/2003 | 763 | Response by Ben F. Andrews re [747] Motion in Limine (Jefferson, V.) (Entered: 10/15/2003) |
| 10/14/2003 | 767 | ENDORSEMENT ORDER granting [758] Motion to Dismiss Counts One and Two as to Ben F. Andrews (5). Signed by Judge Ellen Bree Burns on 10/14/03. (Moore, P.) (Entered: 10/17/2003) |
| 10/14/2003 | | DISMISSAL OF COUNTS One & Two as to Ben F. Andrews. (Moore, P.) (Entered: 10/17/2003) |
| 10/14/2003 | 769 | Minute Entry for proceedings held before Judge Ellen Bree Burns :Jury Trial as to Ben F. Andrews held on 10/14/2003.(Court Reporter B. Granfield (Falzarano).Jury trial continued until 10/15/03 @10:00 a.m. (Moore, P.) Modified on 10/20/2003 (Moore, P.). Modified on 10/21/2003 (Moore, P.). (Entered: 10/20/2003) |
| 10/14/2003 | 770 | REPLY TO RESPONSE by USA as to Ben F. Andrews re [719] Motion in Limine to Preclude (Moore, P.) Modified on 10/21/2003 (Moore, P.). (Entered: 10/20/2003) |
| 10/15/2003 | 761 | SEALED MOTION by USA as to Ben F. Andrews. (Ruocco, M.) (Entered: 10/15/2003) |
| 10/15/2003 | 762 | SEALED MOTION by USA as to Ben F. Andrews. (Ruocco, M.) (Entered: 10/15/2003) |
| 10/15/2003 | 764 | ORDER granting [761 Sealed Motion as to Ben F. Andrews (5). Signed by Judge Ellen Bree Burns on 10/15/03. (Ruocco, M.) (Entered: 10/15/2003) |
| 10/15/2003 | 765 | ORDER granting [762 Sealed Motion as to Ben F. Andrews (5). Signed by Judge Ellen Bree Burns on 10/15/03. (Ruocco, M.) (Entered: |

| | | |
|---|---|---|
| | | 10/15/2003) |
| 10/15/2003 | 771 | Minute Entry for proceedings held before Judge Ellen Bree Burns :Jury Trial as to Ben F. Andrews held on 10/15/2003. Jury trial continued until 10/16/03 @10:00 a.m. (Court Reporter C.Paradis(Falzarano).) (Moore, P.) (Entered: 10/20/2003) |
| 10/16/2003 | 766 | ORDER: Disclosure of Materials related to Paul Silvester as to Ben F. Andrews . Signed by Judge Ellen Bree Burns on 10/15/03. (Jefferson, V.) (Entered: 10/17/2003) |
| 10/16/2003 | 772 | Minute Entry for proceedings held before Judge Ellen Bree Burns :Jury Trial as to Ben F. Andrews held on 10/16/2003. Jury Trial continued until 10/17/03 @10:00 a.m. (Court Reporter B.Granfield (Falzarano).) (Moore, P.) (Entered: 10/20/2003) |
| 10/17/2003 | 773 | Minute Entry for proceedings held before Judge Ellen Bree Burns :Jury Trial as to Ben F. Andrews held on 10/17/2003, Jury Trial continued until 10/20/03 @10:00 a.m. (Court Reporter B.Scott (Falzarano).) (Moore, P.) (Entered: 10/20/2003) |
| 10/20/2003 | 768 | Proposed Jury Instructions by Ben F. Andrews (Ruocco, M.) (Entered: 10/20/2003) |
| 10/20/2003 | 775 | Minute Entry for proceedings held before Judge Ellen Bree Burns :Jury Trial as to Ben F. Andrews held on 10/20/2003. Continued until 10/21/03 @ 9:00. (Court Reporter K. Paradis, FALZARANO.) (Jefferson, V.) (Entered: 10/22/2003) |
| 10/20/2003 | 777 | LETTER re Motion in Limine Dated 10/20/03 by USA as to Ben F. Andrews (Jefferson, V.) (Entered: 10/23/2003) |
| 10/21/2003 | 774 | MOTION Concerning Impeachment Evidence by Ben F. Andrews. (Attachments: # 1)(Jefferson, V.) (Entered: 10/22/2003) |
| 10/21/2003 | 776 | Minute Entry for proceedings held before Judge Ellen Bree Burns :Jury Trial as to Ben F. Andrews held on 10/21/2003. Continued until 10/22/03 @ 10:00 (Court Reporter B. Scott, FALZARANO.) (Jefferson, V.) (Entered: 10/22/2003) |
| 10/21/2003 | | ORAL MOTION for Judgment of Acquittal by Ben F. Andrews in Open Court (Jefferson, V.) (Entered: 07/09/2004) |
| 10/21/2003 | | Motion Taken Under Advisement as to Ben F. Andrews re ORAL MOTION for Judgment of Acquittal (Jefferson, V.) (Entered: 07/09/2004) |
| 10/22/2003 | 778 | Minute Entry for proceedings held before Judge Ellen Bree Burns :Jury Trial as to Ben F. Andrews held on 10/22/2003. Trial continued until 10/23/03 @10:00 a.m. (Court Reporter Paradis/Granfield (Falzarano)) (Moore, P.) (Entered: 10/23/2003) |

| | | |
|---|---|---|
| 10/23/2003 | 779 | ENDORSEMENT ORDER denying 774 Motion re: Information concerning Impeachment Evidence as to Ben F. Andrews (5). Signed by Judge Ellen Bree Burns on 10/22/03. (Jefferson, V.) (Entered: 10/24/2003) |
| 10/23/2003 | 785 | Minute Entry for proceedings held before Judge Ellen Bree Burns :Jury Trial as to Ben F. Andrews held on 10/23/2003, jury trial continued until 10/24/03 @9:00 a.m. (Court Reporter B. Scott (Falzarano).) (Moore, P.) (Entered: 10/29/2003) |
| 10/24/2003 | 786 | Minute Entry for proceedings held before Judge Ellen Bree Burns :Jury Trial as to Ben F. Andrews held on 10/24/2003, jury trial continued until 10/27/03 @9:00 a.m. (Court Reporter C. Paradis (Falzarano).) (Moore, P.) (Entered: 10/29/2003) |
| 10/24/2003 | 787 | MOTION for Mistrial by Ben F. Andrews. (Jefferson, V.) (Entered: 10/29/2003) |
| 10/24/2003 | 788 | Memorandum in Support by Ben F. Andrews re 787 MOTION for Mistrial (Jefferson, V.) (Entered: 10/29/2003) |
| 10/27/2003 | 780 | TRANSCRIPT of Proceedings as to Ben F. Andrews held on 10/14/03 - testimony of Timothy Haviland before Judge Burns. Court Reporter: B. Granfield/Falzarano Court Reporters. (Ruocco, M.) (Entered: 10/27/2003) |
| 10/27/2003 | 781 | TRANSCRIPT of Proceedings as to Ben F. Andrews held on 10/16/03 - testimony of Christopher Stack before Judge Burns. Court Reporter: B. Granfield/Falzarano Court Reporters. (Ruocco, M.) (Entered: 10/27/2003) |
| 10/27/2003 | 782 | TRANSCRIPT of Proceedings as to Ben F. Andrews held on 10/16/03 - conference in chambers before Judge Burns. Court Reporter: B. Granfield/Falzarano Court Reporters. (Ruocco, M.) (Entered: 10/27/2003) |
| 10/27/2003 | 783 | TRANSCRIPT of Proceedings as to Ben F. Andrews held on 10/22/03 - testimony of Ben Andrews - p.m. session before Judge Burns. Court Reporter: B. Granfield/Falzarano Court Reporters. (Ruocco, M.) (Entered: 10/27/2003) |
| 10/27/2003 | 784 | Supplemental Proposed Jury Instructions by Ben F. Andrews (Ruocco, M.) (Entered: 10/27/2003) |
| 10/27/2003 | 793 | Minute Entry for proceedings held before Judge Ellen Bree Burns :Jury Trial as to Ben F. Andrews held on 10/27/2003. Continued until 10/28/03 @ 10:00 (Court Reporter C. Paradis, FALZARANO.) (Jefferson, V.) (Entered: 10/31/2003) |
| 10/28/2003 | 789 | ENDORSEMENT ORDER denying 787 Motion for Mistrial as to Ben F. Andrews (5). Signed by Judge Ellen Bree Burns on 10/28/03. (Jefferson, V.) (Entered: 10/29/2003) |

| Date | No. | Description |
|---|---|---|
| 10/28/2003 | 794 | Minute Entry for proceedings held before Judge Ellen Bree Burns :Jury Trial as to Ben F. Andrews held on 10/28/2003. Trial continued until 10/29/03 @10:00 a.m. (Court Reporter B.Granfield (Falzarano).) (Moore, P.) (Entered: 11/03/2003) |
| 10/29/2003 | 790 | TRANSCRIPT of Proceedings as to Ben F. Andrews held on 10/22/03 - volume 7 - testimony of Ben Andrews before Judge Burns. Court Reporter: K. Paradis/Falzarano Court Reporters. (Ruocco, M.) (Entered: 10/29/2003) |
| 10/29/2003 | 791 | TRANSCRIPT of Proceedings as to Ben F. Andrews held on 10/24/03 - volume 9 - testimony of Ben Andrews before Judge Burns. Court Reporter: K. Paradis/Falzarano Court Reporters. (Ruocco, M.) (Entered: 10/29/2003) |
| 10/29/2003 | 792 | TRANSCRIPT of Proceedings as to Ben F. Andrews held on 10/20/03 - testimony of Paul Silvester before Judge Burns. Court Reporter: K. Paradis/Falzarano Court Reporters. (Ruocco, M.) (Entered: 10/29/2003) |
| 10/29/2003 | 795 | Minute Entry for proceedings held before Judge Ellen Bree Burns :Jury Trial as to Ben F. Andrews held on 10/29/2003 Sentencing set for 1/16/2004 10:00 AM in Courtroom Three - New Haven before Ellen Bree Burns. Bond continued. (Court Reporter Barbara Scott (Falzarano).) (Moore, P.) (Entered: 11/03/2003) |
| 10/29/2003 | 796 | JURY VERDICT as to Ben F. Andrews (5) Guilty on Count 3s,4s-6s,7s,8s-9s,11s,12sBen F. Andrews (5) Not Guilty on Count 10s,13s. (Moore, P.) (Entered: 11/04/2003) |
| 10/29/2003 | | Oral MOTION for Acquittal or for New Trial by Ben F. Andrews. (Ruocco, M.) (Entered: 07/19/2004) |
| 10/30/2003 | 797 | WITNESS LIST by USA, Ben F. Andrews as to Ben F. Andrews (Moore, P.) (Entered: 11/04/2003) |
| 10/30/2003 | 798 | EXHIBIT LIST by USA, Ben F. Andrews as to Ben F. Andrews (Moore, P.) (Entered: 11/04/2003) |
| 10/30/2003 | 799 | COURT EXHIBIT LIST (Moore, P.) (Entered: 11/04/2003) |
| 11/18/2003 | 804 | ACKNOWLEDGMENT of Receipt of Trial Exhibits from Atty Donovan re Ben F. Andrews (Jefferson, V.) (Entered: 11/24/2003) |
| 11/21/2003 | 810 | ENDORSEMENT ORDER as to Triumph Capital Group,Inc., Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews unsealing [63] In Camera Motion Requesting Hearing Re Conflict of Interest filed by USA . Signed by Judge Ellen Bree Burns on 11/20/03. (Inferrera, L.) (Entered: 11/26/2003) |
| 12/10/2003 | 820 | TRANSCRIPT of Proceedings, Jury Trial, Volume 2, Testimony of Timothy Haviland as to Ben F. Andrews held on 10/15/03 before Judge Burns. Court Reporter: Falzarano Court Reporter. (Jefferson, V.) (Entered: 12/11/2003) |

| | | |
|---|---|---|
| 12/10/2003 | 821 | TRANSCRIPT of Proceedings, Jury Trial, Volume 2, Testimony of Diane Ibanez as to Ben F. Andrews held on 10/15/03 before Judge Burns. Court Reporter: Falzarano Court Reporter. (Jefferson, V.) (Entered: 12/11/2003) |
| 12/10/2003 | 822 | TRANSCRIPT of Proceedings, Jury Trial, Volume 2, Testimony of Christopher Stack, as to Ben F. Andrews held on 10/15/03 before Judge Burns. Court Reporter: Falzarano Court Reporter. (Jefferson, V.) (Entered: 12/11/2003) |
| 12/10/2003 | 823 | TRANSCRIPT of Proceedings, Jury Trial Excerpt, Volume 10, Testimony of Ben F. Andrews, as to Ben F. Andrews held on 10/27/03 before Judge Burns. Court Reporter: Falzarano Court Reporter. (Jefferson, V.) (Entered: 12/11/2003) |
| 12/10/2003 | 824 | TRANSCRIPT of Proceedings, Jury Trial Excerpt, Volume 9, Testimony of Ben F. Andrews, as to Ben F. Andrews held on 10/24/03 before Judge Burns. Court Reporter: Falzarano Court Report. (Jefferson, V.) (Entered: 12/11/2003) |
| 12/30/2003 | 832 | Acknowledgement of Receipt by USA as to Ben F. Andrews, government's exhibits (trial exhibits, tapes, charts) (Jefferson, V.) (Entered: 01/06/2004) |
| 01/05/2004 | 833 | MOTION for Extension of Time re Sentencing, until mid February by Ben F. Andrews. (Jefferson, V.) (Entered: 01/06/2004) |
| 01/05/2004 | 834 | Memorandum in Support by Ben F. Andrews re 833 MOTION for Extension of Time (Jefferson, V.) (Entered: 01/06/2004) |
| 01/07/2004 | 835 | ENDORSEMENT ORDER granting 833 Motion for Extension of Time re Sentencing as to Ben F. Andrews (5) Sentencing set for 2/17/04 @ 9:00. Signed by Judge Ellen Bree Burns on 1/7/04. (Jefferson, V.) (Entered: 01/08/2004) |
| 01/07/2004 | | Reset Deadlines/Hearings as to Ben F. Andrews : Sentencing set for 2/17/2004 09:00 AM in Courtroom Three - New Haven before Ellen Bree Burns. (Jefferson, V.) (Entered: 01/08/2004) |
| 02/13/2004 | 842 | MOTION for Extension of Time until mid-March for sentencing by Ben F. Andrews. (Attachments: # 1 Memorandum in Support)(Ruocco, M.) (Entered: 02/17/2004) |
| 02/17/2004 | 843 | ENDORSEMENT ORDER granting 842 Motion for Extension of Time for Sentencing as to Ben F. Andrews (5). Signed by Judge Ellen Bree Burns on 2/17/04. (Inferrera, L.) (Entered: 02/18/2004) |
| 03/02/2004 | 852 | MOTION to Dismiss Indictment by USA as to Triumph Capital Group,Inc., Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews. (Ruocco, M.) (Entered: 03/03/2004) |
| 03/03/2004 | 853 | MOTION to Continue Sentencing by USA as to Ben F. Andrews. (Jefferson, V.) (Entered: 03/03/2004) |

| | | |
|---|---|---|
| 03/04/2004 | 858 | Endorsement ORDER granting 852 Motion to Dismiss Indictment as to Triumph Capital Group, Inc. (1), Frederick W. McCarthy (2), Charles B. Spadoni (3), Lisa A. Thiesfield (4), Ben F. Andrews (5). Signed by Judge Ellen Bree Burns on 3/4/04. (Ruocco, M.) (Entered: 03/04/2004) |
| 03/04/2004 | | DISMISSAL OF COUNTS of Indictment as to Triumph Capital Group, Inc., Frederick W. McCarthy, Charles B. Spadoni, Lisa A. Thiesfield, Ben F. Andrews. (Ruocco, M.) (Entered: 03/04/2004) |
| 03/04/2004 | 859 | Endorsement ORDER granting 853 Motion to Continue as to Ben F. Andrews (5). Signed by Judge Ellen Bree Burns on 3/4/04. (Ruocco, M.) (Entered: 03/04/2004) |
| 03/04/2004 | | Set/Reset Deadlines/Hearings as to Ben F. Andrews : Sentencing set for 5/4/2004 04:00 PM in Courtroom Three - New Haven before Judge Ellen Bree Burns. (Ruocco, M.) (Entered: 03/04/2004) |
| 04/26/2004 | 868 | MOTION for Extension of Time until the first week in June for sentencing by Ben F. Andrews. (Attachments: # 1 Memorandum in Support)(Ruocco, M.) (Entered: 04/30/2004) |
| 05/03/2004 | 869 | ENDORSEMENT ORDER granting 868 Motion for Extension of Time for Sentencing until 6/11/04 as to Ben F. Andrews (5). Signed by Judge Ellen Bree Burns on 5/3/04. (Inferrera, L.) (Entered: 05/04/2004) |
| 05/03/2004 | | Set/Reset Deadlines/Hearings as to Ben F. Andrews : Sentencing set for 6/11/2004 09:00 AM in Courtroom Three - New Haven before Judge Ellen Bree Burns. (Inferrera, L.) (Entered: 05/04/2004) |
| 06/08/2004 | 874 | MOTION for Extension of Time for sentencing with attached Memorandum in Support by Ben F. Andrews. (Inferrera, L.) (Entered: 06/15/2004) |
| 06/15/2004 | 875 | ENDORSEMENT ORDER granting 874 Motion for Extension of Time until 7/19/04 for sentencing as to Ben F. Andrews (5). Signed by Judge Ellen Bree Burns on 6/15/04. (Inferrera, L.) (Entered: 06/17/2004) |
| 06/15/2004 | | Set/Reset Deadlines/Hearings as to Ben F. Andrews : Sentencing set for 7/19/2004 09:00 AM in Courtroom Three - New Haven before Judge Ellen Bree Burns. (Inferrera, L.) (Entered: 06/17/2004) |
| 07/07/2004 | 884 | Memorandum in Support by Ben F. Andrews re Oral MOTION for Acquittal (10/21/03) and Oral MOTION for Acquittal or for New Trial (10/29/03)(Ruocco, M.) Modified on 7/19/2004 (Ruocco, M.). (Entered: 07/09/2004) |
| 07/09/2004 | 890 | Memorandum in Support by Ben F. Andrews re Oral MOTION for New Trial (Ruocco, M.) (Entered: 07/19/2004) |
| 07/12/2004 | 885 | MOTION to Continue Sentencing for 30 days by Ben F. Andrews. (Attachments: # 1 Memorandum in Support of Motion)(Villano, P.) (Entered: 07/13/2004) |

| | | |
|---|---|---|
| 07/13/2004 | 887 | SENTENCING MEMORANDUM by Ben F. Andrews (Villano, P.) (Entered: 07/14/2004) |
| 07/15/2004 | 888 | NOTICE OF ELECTRONIC ORDER granting 885 Motion to Continue sentencing as to Ben F. Andrews to August 19, 2004, at 10:00 a.m. (5). Signed by Judge Ellen Bree Burns on 7/15/04. This continuance is granted subject to the filing of a Waiver of Speedy Disposition signed by the defendant. THIS IS THE ONLY NOTICE COUNSEL WILL RECEIVE. (Corbett, P.) (Entered: 07/15/2004) |
| 07/15/2004 | 889 | NOTICE OF E-FILED CALENDAR Calendar Entry as to Ben F. Andrews Sentencing set for 8/19/2004 10:00 AM in Courtroom Three - New Haven before Judge Ellen Bree Burns. Remember a special assessment on each count of conviction must be paid at the time of sentencing. THIS IS THE ONLY NOTICE COUNSEL WILL RECEIVE. (Corbett, P.) (Entered: 07/15/2004) |
| 07/19/2004 | | DOCKET ENTRY CORRECTION as to Ben F. Andrews re 884 Memorandum in Support of Motion - linked memorandum also to oral motion made on 10/29/04 in open court (Ruocco, M.) (Entered: 07/19/2004) |
| 07/26/2004 | 891 | MOTION to Permit Late Filing of Memoranda in Support of Motions for New Trial and Judgment of Acquittal by Ben F. Andrews. (Inferrera, L.) (Entered: 07/27/2004) |
| 07/26/2004 | 895 | Memorandum in Support by Ben F. Andrews re 891 MOTION to Permit Late Filing of Memoranda in Support of Motions for New Trial and Judgment of Acquittal (Inferrera, L.) (Entered: 08/05/2004) |
| 07/30/2004 | 892 | MOTION for Extension of Time until 8/6/04 to reply to defendant's motions by USA as to Ben F. Andrews. (Moore, P.) (Entered: 08/02/2004) |
| 08/02/2004 | 893 | NOTICE OF ELECTRONIC ORDER granting, absent objection, 892 United States' Motion for Extension of Time to respond to Ben F. Andrews' (5) motions, until August 6, 2004. THIS IS THE ONLY NOTICE COUNSEL WILL RECEIVE. . Signed by Judge Ellen Bree Burns on 8/2/04. (Corbett, P.) (Entered: 08/02/2004) |
| 08/05/2004 | 894 | NOTICE OF ELECTRONIC ORDER granting 891 Motion for Leave to Permit Late Filing of Memoranda in Support of Motions for New Trial and Judgment of Acquittal as to Ben F. Andrews (5). Signed by Judge Ellen Bree Burns on 8/5/04. THIS IS THE ONLY NOTICE COUNSEL WILL RECEIVE (Corbett, P.) (Entered: 08/05/2004) |
| 08/06/2004 | 896 | REPLY by USA as to Ben F. Andrews re 887 Sentencing Memorandum (Ruocco, M.) (Entered: 08/09/2004) |
| 08/06/2004 | 897 | Memorandum in Opposition by USA as to Ben F. Andrews re Oral MOTION for Acquittal & New Trial (Moore, P.) (Entered: 08/10/2004) |

| | | |
|---|---|---|
| 09/29/2004 | 900 | REPLY TO RESPONSE to Oral Motion for New Trial by Ben F. Andrews re MOTION for Acquittal (Jefferson, V.) (Entered: 09/30/2004) |
| 10/28/2004 | 901 | ORDER taking under advisement [] Motion for Acquittal as to Ben F. Andrews (5); taking under advisement [] Motion for New Trial as to Ben F. Andrews (5). Government is hereby ordered to provide to the Court a more explicit response to Point #6 in Defendant's Memorandum in support of Motion for New Trial (#890) within 10 days of the ruling.. Signed by Judge Ellen Bree Burns on 10/27/04. (Jefferson, V.) (Entered: 10/28/2004) |
| 10/28/2004 | 902 | TRANSCRIPT of Proceedings as to Ben F. Andrews held on 10/23/03 (Excerpt-Volume 8) before Judge Ellen Burns. Court Reporter: B. Scott/Falzarano Court Reporters. (Ruocco, M.) (Entered: 10/28/2004) |
| 10/28/2004 | 903 | TRANSCRIPT of Proceedings as to Ben F. Andrews held on 10/23/03 (Excerpt of Remarks of Counsel-Volume 8) before Judge Ellen Burns. Court Reporter: B. Scott/Falzarano Court Reporters. (Ruocco, M.) (Entered: 10/28/2004) |
| 10/28/2004 | 904 | TRANSCRIPT of Proceedings as to Ben F. Andrews held on 10/17/03 (Excerpt-Volume 4) before Judge Ellen Burns. Court Reporter: B. Scott/Falzarano Court Reporters. (Ruocco, M.) (Entered: 10/28/2004) |
| 11/15/2004 | 905 | SEALED MOTION - Filed separately from case by USA as to Ben F. Andrews. (Ruocco, M.) (Entered: 11/16/2004) |
| 11/15/2004 | 906 | Sealed Document by USA as to Ben F. Andrews - Filed separately from case file. (Ruocco, M.) (Entered: 11/16/2004) |
| 11/17/2004 | 907 | ORDER granting [905 Sealed Motion as to Ben F. Andrews (5). Signed by Judge Ellen Bree Burns on 11/16/04. (Ruocco, M.) (Entered: 11/17/2004) |
| 11/18/2004 | 908 | TRANSCRIPT of Proceedings as to Ben F. Andrews held on 10/15/03 before Judge Burns. Court Reporter: Falzarano Court Reporters. (Jefferson, V.) (Entered: 11/19/2004) |
| 02/09/2005 | 909 | TRANSCRIPT of Proceedings as to Ben F. Andrews held on 10/17/04 before Judge Ellen B. Burns. Court Reporter: Falzarano. (Villano, P.) (Entered: 02/10/2005) |
| 02/09/2005 | 910 | TRANSCRIPT of Proceedings as to Ben F. Andrews held on 10/23/04 before Judge Ellen B. Burns. Court Reporter: Falzarano. (Villano, P.) (Entered: 02/10/2005) |
| 03/31/2005 | 911 | TRANSCRIPT of Proceedings (Excerpt: Remarks of Counsel/Jury Trial Vol.6) as to Ben F. Andrews held on 10/21/03 before Judge Burns. Court Reporter: Falzarano Court Reporter. (Jefferson, V.) (Entered: 03/31/2005) |

| | | |
|---|---|---|
| 03/31/2005 | 912 | TRANSCRIPT of Proceedings (Excerpt: Remarks of Counsel/Jury Trial Vol. 12) as to Ben F. Andrews held on 10/29/03 before Judge Burns. Court Reporter: Falzarano Court Reporter. (Jefferson, V.) (Entered: 03/31/2005) |
| 04/01/2005 | 913 | TRANSCRIPT of Proceedings (Excerpt of Jury Trial-Sidebar Conference-Vol 2) as to Ben F. Andrews held on 10/15/03 before Judge Burns. Court Reporter: Falzarano Court Reporter. (Jefferson, V.) (Entered: 04/01/2005) |
| 04/01/2005 | 914 | RULING denying []Oral Motion for Acquittal as to Ben F. Andrews (5); denying []Oral Motion for New Trial as to Ben F. Andrews (5). Signed by Judge Ellen Bree Burns on 4/1/05. (Moore, P.) (Entered: 04/01/2005) |
| 04/01/2005 | 915 | SEALED TRANSCRIPT of Proceedings as to Ben F. Andrews held on 10/16/03 before Judge Ellen Bree Burns. Court Reporter: Falzarano Court Reporters. (Torday, B.) (Entered: 04/05/2005) |
| 04/13/2005 | 916 | NOTICE OF E-FILED CALENDAR as to Ben F. Andrews: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Sentencing set for 5/2/2005 09:00 AM in Courtroom Three, 141 Church St., New Haven, CT before Judge Ellen Bree Burns. REMEMBER A SPECIAL ASSESSMENT ON EACH COUNT OF CONVICTION MUST BE PAID AT THE TIME OF SENTENCING. This continuance is granted subject to the filing of a Waiver of Speedy Trial signed by the defendant.? (Corbett, P.) (Entered: 04/13/2005) |
| 04/27/2005 | 917 | SENTENCING MEMORANDUM by Ben F. Andrews (Villano, P.) (Entered: 04/28/2005) |
| 04/29/2005 | 918 | RESPONSE by USA as to Ben F. Andrews re 917 Sentencing Memorandum (Moore, P.) (Entered: 05/02/2005) |
| 05/02/2005 | 919 | Minute Entry for proceedings held before Judge Ellen Bree Burns :Sentencing as to Ben F. Andrews held on 5/2/2005 (Court Reporter Granfield/Falzarano.) (Inferrera, L.) (Entered: 05/04/2005) |
| 05/02/2005 | | Oral MOTION for Bond Pending Appeal by Ben F. Andrews. (Inferrera, L.) (Entered: 05/04/2005) |
| 05/02/2005 | | ORDER taking under advisement [] Motion for Bond Pending Appeal as to Ben F. Andrews (5). Attorneys filing simultaneous briefs; defendant filing new financial statement so fine can be imposed. Signed by Judge Ellen Bree Burns on 5/2/05. (Inferrera, L.) (Entered: 05/04/2005) |
| 05/03/2005 | 920 | LETTER Dated 8/13/04 by USA as to Charles B. Spadoni, Ben F. Andrews Re: Sentencings (Villano, P.) (Entered: 05/04/2005) |
| 05/13/2005 | 921 | NOTICE OF E-FILED CALENDAR as to Ben F. Andrews: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT |

| | | |
|---|---|---|
| | | PHOTO IDENTIFICATION. Continued Sentencing Hearing set for 5/23/2005 02:00 PM in Courtroom Three, 141 Church St., New Haven, CT before Judge Ellen Bree Burns. (Corbett, P.) (Entered: 05/13/2005) |
| 05/13/2005 | 922 | Memorandum in Opposition by USA as to Ben F. Andrews re ORAL MOTION for Bond Pending Appeal (Villano, P.) (Entered: 05/16/2005) |
| 05/17/2005 | 923 | RESPONSE to Defendant's Letter Submission with Respect to Fine by USA as to Ben F. Andrews (Villano, P.) (Entered: 05/19/2005) |
| 05/20/2005 | 924 | MOTION to Permit Late Filing of Memorandum in Support of Motion to Permit the Defendant to Remain Free on Bail Pending Appeal by Ben F. Andrews. (Attachments: # 1 Memorandum in Support)(Inferrera, L.) (Entered: 05/23/2005) |
| 05/23/2005 | 925 | NOTICE OF ELECTRONIC ORDER granting 924 Motion to Permit Late Filing of Memorandum in Support of Motion to Permit the Defendant to Remain Free on Bail Pending Appeal as to Ben F. Andrews (5). Signed by Judge Ellen Bree Burns on 5/23/05. THIS IS THE ONLY NOTICE COUNSEL WILL RECEIVE. (Corbett, P.) (Entered: 05/23/2005) |
| 05/23/2005 | 926 | Appearance Bond - Non Surety Entered as to Ben F. Andrews in amount of $ 100,000.00. (Jefferson, V.) (Entered: 05/26/2005) |
| 05/23/2005 | 927 | ORDER Setting Conditions of Release as to Ben F. Andrews . Signed by Judge Ellen Bree Burns on 5/23/05. (Jefferson, V.) (Entered: 05/26/2005) |
| 05/23/2005 | 928 | Minute Entry for proceedings held before Judge Ellen Bree Burns :Sentencing as to Ben F. Andrews held on 5/23/2005 (Court Reporter Falzarano Court Reporters) (Jefferson, V.) (Entered: 05/26/2005) |
| 05/23/2005 | 929 | Memorandum in Support by Ben F. Andrews re MOTION for Bond (Jefferson, V.) (Entered: 05/27/2005) |
| 05/23/2005 | 931 | NOTICE OF APPEAL by Ben F. Andrews re 930 Judgment,, Filing fee $ 255, receipt number N15528. (Jefferson, V.) (Entered: 05/27/2005) |
| 05/25/2005 | | Special Assessment Payment by Ben F. Andrews in the amount of $900.00. Receipt #N015553. Full payment. (Carfora, C.) (Entered: 05/25/2005) |
| 05/25/2005 | 930 | JUDGMENT as to Ben F. Andrews (5), Count(s) 1, 11, 12, 13, 2, 3, 4, 5-6, 7, 8-10, Dismissed; Count(s) 10s, 13s, Acquitted by jury; Count(s) 11s, 12s, 3s, 4s-6s, 7s, 8s-9s, Imprisoned for a total of 30 months on counts 3 - 9. 11 amd 12 amd they are to run currently. Upon release shall be on supervised release for a total term of 3 years on counts 3,7,11 and 12 and 5 years on counts 4,5,6,8 and 9. They are to run concurrently. Fine of $250,000.00 on counts 3-9, 11 and 12 and to pay immediately or at the rate of $1,000.00 a month until paid in full. Special Assessment of $900.00 on counts 3-9 and 11 and 12.; Count(s) 1s, 2s, Dismissed on government's motion . Signed by Judge Ellen Bree Burns on 5/25/05. |

| | | (Jefferson, V.) (Entered: 05/27/2005) |
|---|---|---|
| 06/01/2005 | 932 | AMENDED JUDGMENT: Defendant was found guilty on counts 3-9, 11 and 12 and not guilty on counts 10 and 13 of the Superceding Indictment. Counts 1 and 2 of the Superceding Indictment dismissed on a motion of the United States. The Indictment was also dismissed by the United States on 3/4/04. . Signed by Judge Ellen Bree Burns on 6/1/05. (Jefferson, V.) (Entered: 06/09/2005) |
| 06/21/2005 | 934 | USCA Scheduling Order as to Ben F. Andrews re 931 Notice of Appeal - Final JudgmentUSCA Number: 05-2630-cr (Jefferson, V.) (Entered: 06/22/2005) |
| 06/23/2005 | 935 | AMENDED JUDGMENT Second Amendment to Judgment: Judgment entered on 5/25/05 is amended in part : Court departs downward based on defendant's lifetime of service to the African American community. In all other respects the Judgment entered 5/25/05 and amended 6/1/05 remains the same. Signed by Judge Ellen Bree Burns on 6/22/05. (Jefferson, V.) (Entered: 06/24/2005) |
| 06/24/2005 | 936 | TRANSCRIPT of Proceedings as to Ben F. Andrews held on 5/23/05 (Sentencing) before Judge Burns. Court Reporter: Falzarano Court Reporters. (Jefferson, V.) (Entered: 06/27/2005) |
| 07/06/2005 | 937 | TRANSCRIPT of Proceedings as to Ben F. Andrews, Sentencing, held on 5/2/05 before Judge Burns. Court Reporter: Falzarano Court Reporters. (Jefferson, V.) (Entered: 07/06/2005) |