United States District Court
District of Connecticut
FILED AT      NEW HA...

10|28 ........ 20 B
Kevin F. Rowe, Clerk

By____M. Ruocco
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA          :

v.                                :       Crim. no. 3:00CR217(EBB)

BEN F. ANDREWS,                   :
          Defendant.              :       October 26, 2003

## DEFENDANT'S SECOND REQUESTED SUPPLEMENTAL CHARGE

The defendant Ben Andrews respectfully requests that the Court add the following instruction to the jury.

Ladies and gentlemen, during the course of the government's rebuttal argument yesterday, the prosecutor made one argument concerning Mr. Andrews' testimony, in which, the prosecutor said, Mr. Andrews testified that during the course of the meeting following the Prescott Bush day dinner, Mr. Silvester said, "If I am going to do this deal with Smith Whiley, you are still going to let Chris in on your deals throughout the country, aren't you?"[1]  You should not consider this argument and should put it out of your mind.  Mr. Andrews is not charged in the indictment with aiding and abetting or acting as a principal with respect to any action that Paul Silvester took with respect to the Smith Whiley contract.  You may only consider whether Paul Silvester acted with a corrupt purpose in entering into the Landmark contracts, and whether Mr. Andrews knew that Paul Silvester was acting with a corrupt purpose in entering into that contract.

Authority: The indictment does not allege that Mr. Andrews committed any violation with respect to the Smith Whiley contract, while the prosecutor's argument suggested that if Mr. Andrews agreed to accept Mr. Stack as a partner in the Landmark transactions, with the intent that it would influence Mr. Silvester's decision in the Smith Whiley matter,

_____

[1]We do not have a transcript of either the final argument or the testimony, and so this quotation is our best recollection of the argument and testimony.

2

he should be found guilty of the charges in the indictment.

Respectfully submitted,

JEREMIAH DONOVAN
123 Elm Street--Unit 400
P.O. Box 554
Old Saybrook, CT 06475
(860) 388-3750
FAX 388-3181
Juris no. 305346
Fed.bar.no. CT 03536

## CERTIFICATION OF SERVICE

This is to certify that the above and foregoing was hand delivered on October 28, 2003, to: David Ring and William Nardini, AUSAs.

JEREMIAH DONOVAN