

CONN. (NEW HAVEN)
00-cR-217
BURNS

# MANDATE

# United States Court of Appeals

### FOR THE
### SECOND CIRCUIT

## JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 25th day of May, two thousand and seven.

Before:     Hon. Guido Calabresi,
            Hon. Rosemary S. Pooler,
            Hon. Barrington D. Parker,
                        *Circuit Judges.*

Docket No. 05-2630-cr



UNITED STATES OF AMERICA,

                                    *Appellee,*

v.

TRIUMPH CAPITAL GROUP, INC., FREDERICK W. MCCARTHY, CHARLES B. SPADONI, LISA A. THIESFIELD,

                                    *Defendants,*

BEN F. ANDREWS,

                                    *Defendant-Appellant.*

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said District Court be and it hereby is AFFIRMED in accordance with the opinion of this Court.

FOR THE COURT:
THOMAS W. ASREEN, Acting Clerk
by

*Tracy W. Young*
Tracy W. Young
Motions Staff Attorney

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by
DEPUTY CLERK

- ISSUED AS MANDATE: 8-14-07 -