UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2007 AUG 28 P 2: 51

U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : NO. 3:00CR217(EBB) |
| BEN F. ANDREWS | : |

O R D E R

The Second Circuit Court of Appeals having affirmed the judgment in this case, defendant Ben Andrews shall report, on September 14, 2007, at 10:00 a.m. to the institution designated by the Bureau of Prisons for his confinement or, in the alternative, to the office of the United States Marshal in New Haven. The court recommends to the Bureau that the defendant be designated to its institution at Fort Devens, Massachusetts.

SO ORDERED.

_____
ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated at New Haven, CT, this 28 day of August, 2007.