UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Crim. no. 3:00CR217(EBB) |
| | : |
| BEN F. ANDREWS, | : |
|     Defendant. | : September 5, 2007 |

**MOTION TO EXTEND TIME TO SURRENDER**
**UNTIL A PLACE OF INCARCERATION IS DESIGNATED**

The Court of Appeals has affirmed his conviction, the mandate has been returned to the district court, and the Court has ordered that defendant Ben Andrews surrender for service of his sentence on September 14, 2007. The United States Marshal submitted to the Bureau of Prisons a request for designation on August 31, 2007. The defendant respectfully requests that the Court modify its order and require that Mr. Andrews self-surrender to the designated institution five days after that designation is received by the Marshal.

The undersigned has discussed this matter with AUSA William Nardini, who does not oppose the granting of this motion.

The reason for this request is as follows. The undersigned believes that the Bureau of Prisons generally requires three to four weeks to designate sentenced defendants. We understand that such designations are no longer performed regionally but rather are made at one central Texas location. The designation of Mr. Andrews may take somewhat longer than that of the average defendant because, as the Court is aware, Mr. Andrews suffers from various health problems which Bureau of Prisons personnel will undoubtedly review.

If the Bureau of Prisons has not arrived at a designation for Mr. Andrews by September 14, 2007, Mr. Andrews will be required to surrender to the United States Marshal on that day, and the Marshal will, in turn, be required to lodge Mr. Andrews at a local jail. When the designation is received, the Marshal will then be required to transport Mr. Andrews in custody to the designated institution. Such prisoner movements often involve circuitous routes, longish stays in local institutions in different states, and various kinds of unpleasantness that arise from being transported while in custody.

Allowing Mr. Andrews to self-surrender five days after his designation is received will

2

benefit both Mr. Andrews and the government. Mr. Andrews will not have to undergo the unpleasantness of prisoner transport and the government will not have to bear the expense.

For these reasons, the defendant respectfully requests that Mr. Andrews be required to self-surrender to the institution designated by the Bureau of Prisons five days after that designation is received by the Marshal.

Respectfully submitted,

JEREMIAH DONOVAN
123 Elm Street--Unit 400
P.O. Box 554
Old Saybrook, CT 06475
(860) 388-3750
FAX 388-3181
Juris no. 305346
Fed.bar.no. CT 03536

## [PROPOSED] ORDER

The motion set forth above having been duly considered, it is hereby

GRANTED / DENIED

_____
ELLEN BREE BURNS
UNITED STATES DISTRICT JUDGE

## CERTIFICATION

This is to certify that on this September 6, 2007, a copy of the above and foregoing was sent first class mail, postage pre-paid, to William Nardini, Assistant United States Attorney, United States Attorney's Office, Connecticut Financial Center -- 23d Floor, 157 Church Street, New Haven, CT 06510

3

Jeremiah Donovan